| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 4/20/2023 |

**LOPEZ,** *on behalf of herself and all others similarly situated*,

                **Plaintiff,**

-against-

**BLAIR CANDY COMPANY, INC.,**

                **Defendant.**

**23-cv-01917 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On March 6, 2023, Plaintiff filed a Complaint commencing this action against Defendant Blair Candy Company, Inc. ECF No. 1. Defendant was served the complaint and summons on March 9, 2023. ECF No. 5. Defendant's answer was therefore due March 30, 2023. *Id*. To date, Defendant has not appeared or filed an answer or response. Additionally, Plaintiff has not moved for default.

    The Plaintiff is hereby **ORDERED** to submit a status report on the current status of this action by no later than **April 25, 2023**.

**SO ORDERED.**

Dated:    April 20, 2023
              New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**