```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/8/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LOPEZ,**

                **Plaintiff,**

                **-against-**

**BLAIR CANDY COMPANY, INC.**

                **Defendant.**

**23-cv-01917 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

**Dated:**    **June 8, 2023**
             **New York, New York**

*[Signature: Andrew L. Carter]*

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**